```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
FRANCISCO PUELLO,                                             :
                                        Plaintiff,            :
                                                              :    18 Civ. 1645 (LGS)
                -against-                                     :
                                                              :    ORDER
JETRO CASH AND CARRY ENTERPRISES,                             :
LLC,                                                          :
                                        Defendant.            :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/06/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 12, 2019, Defendant filed a Notice of Substitution of Attorney (Dkt. No. 39);

WHEREAS, on December 13, 2019, the Court issued an order directing counsel for Defendant to file a motion to withdraw or substitute pursuant to Local Civil Rule 1.4 (Dkt. No. 40);

WHEREAS, no such motion has been filed. It is hereby

ORDERED that, if Defendant wishes to proceed with counsel other than the counsel of record on the docket, Defendant shall comply with the Order at Dkt. No. 40 by February 12, 2020.

Dated: February 6, 2020
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**